IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. SANDERS,

    Plaintiff,

vs.                                                 4:06cv113-MP/WCS

JEFFERSON CORRECTIONAL
INSTITUTION Medical Dept., et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an order filed March 9, 2006, Plaintiff was directed to either (1) file a motion for leave to file *in forma pauperis*, or (2) pay the $250.00 filing fee, or (3) file a notice of voluntary dismissal of this action by April 10, 2006. Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if he failed to comply with that order. Doc. 4. To date, no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has failed to comply with an order or to prosecute this case, his complaint should now be dismissed without prejudice.

The Plaintiff shall have a 15 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond. Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** and Plaintiff's application for leave to proceed *in forma pauperis* be **DENIED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, this <u>13th</u> day of April, 2006.

      <u>s/ William C. Sherrill, Jr.</u>
      **WILLIAM C. SHERRILL, JR.**
      **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.